SUPREME COURT OF NEW JERSEY
D-114  September Term 2020
085800

In the Matter of

Miriam B. Weinstein,

An Attorney At Law

(Attorney No. 021042000)

FILED MAY 27 2021

O R D E R

This matter have been duly presented pursuant to Rule 1:20-10(b), following a granting of a motion for discipline by consent in DRB 20-349 of **Miriam B. Weinstein** of **Lakewood**, who was admitted to the bar of this State in 2000;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated RPC 1.15(a) (negligent misappropriation of funds), RPC 1.15(b)(failure to notify clients or third parties of receipts of funds in which they have an interest and to promptly disburse those funds), RPC 1.15(d)(failure to comply with the recordkeeping provisions of R.1:21-6), and RPC 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And the parties having agreed that respondent's conduct violated RPC 1.15(a), RPC 1.15(b), RPC 1.15(d) and RPC 8.4(c), and that said conduct warrants a censure or such lesser discipline as the Board deems warranted;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV-2017-0392E ;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with Rule 1:20-16(e);

And good cause appearing;

It is ORDERED that **Miriam B. Weinstein** of **Lakewood** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 27th day of May, 2021.

*Heather Baker*

CLERK OF THE SUPREME COURT